UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHERMAN LEWIS,<br><br>  Petitioner,<br><br>  v.<br><br>NASA, AIR FORCE,<br><br>  Respondent. | No. 2:21-cv-0379 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By order issued March 10, 2021, petitioner was ordered: (1) to file an in forma pauperis affidavit or to pay the appropriate filing fee, and (2) to fill out and return the petition for writ of habeas corpus form that was being sent to him.  ECF No. 3.

Petitioner was to complete both tasks within thirty days.  ECF No. 3 at 2.  At that time, petitioner was warned that a failure to comply with the court's order would result in a recommendation that this action be dismissed.  Id.

The thirty-day period has now expired, and petitioner has not filed an in forma pauperis affidavit or paid the appropriate filing fee, nor has he filed a completed petition for writ of habeas corpus.  To the contrary, petitioner has not responded to the court's order in any way.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a District Court Judge to this action.

IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 21, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE